# Court of Appeals
# of the State of Georgia

ATLANTA, __September 29, 2017__

*The Court of Appeals hereby passes the following order:*

**A18E0015. WILSON v. MARATHON INVESTMENT CORP. et al.**

The Applicant has timely moved for an extension of time to file his application for discretionary appeal. The motion is hereby GRANTED. *See* OCGA § 5-6-39 (a) (5); Court of Appeals Rule 31 (i). The Applicant shall file his application by November 1, 2017.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __09/29/2017__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*